**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Criminal Case No. 09-cr-00508-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.     JOSE ANGEL GONZALEZ-ZUNIGA, a/k/a "Winsa,"
2.     RAUL AVILA-ARELLANO, and
3.     JESUS HERNANDEZ-CORONA,

    Defendants.

---

**ORDER SETTING TRIAL DATES AND DEADLINES**

---

    This matter is before the Court upon appearance by counsel. To ensure that all pretrial phases of the case are complete before the commencement of the jury trial, it is

    ORDERED that all pretrial motions shall be filed by **January 8, 2010** and responses to these motions shall be filed by **January 13, 2010**. It is

    FURTHER ORDERED that a one-hour hearing on all pending non-evidentiary motions, if any, and Final Trial Preparation Conference is set for **January 15, 2010 at 10:00 a.m.**, in Courtroom A602 of the Arraj Courthouse. If counsel believe evidentiary motions are necessary, a separate hearing date should be requested by motion. It is

    FURTHER ORDERED that a four-day jury trial is set for **February 1, 2010 at 9:00 a.m.**, in Courtroom A602.

    DATED: December __18__, 2009

                                    BY THE COURT:

                                    _____
                                    CHRISTINE M. ARGUELLO
                                    United States District Judge