**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 09-cr-00508-CMA

UNITED STATES OF AMERICA,

     Plaintiff,

v.

**1.**    **JOSE ANGEL GONZALEZ-ZUNIGA, a/k/a "Winsa,"**
2.    RAUL AVILA-ARELLANO, and
3.    JESUS HERNANDEZ-CORONA,

     Defendants.

---

**MINUTE ORDER**

---

ORDER ENTERED BY JUDGE CHRISTINE M. ARGUELLO

     Defendant Gonzalez-Zuniga's Unopposed Motion for Disclosure of Grand Jury Materials (Doc. # 45) is GRANTED as set forth in the motion.

     DATED:  January 12, 2010